**Exhibit D - Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed Firm-wide for preceding year (2016)[1]** | **Billed May 17, 2017 through July 31, 2017** |
| Director (partner) | $699.22 | $889.52 |
| Counsel | $515.44 | $560.00 |
| Associate | $370.99 | $357.01 |
| Paralegal | $222.16 | $250.00 |
| Aggregated[2] | $507.84 | $425.06 |

---

[1] The billable rates for RL&F attorneys are adjusted on January 1 of each year. The data in this column excludes 2016 blended hourly rate information for the Bankruptcy and Corporate Restructuring Department at RL&F.

[2] The "Aggregated" number represents the weighted blended hourly rate for all Directors, Counsel, Associates, and Paralegals for the respective time periods indicated in each column.